```
FILED

Dec 07 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE
```

DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

SUSAN KNIGHT (CABN 209013)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5056
    FAX: (408) 535-5066
    Email: Susan.Knight@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: <br> APPLICATION BY THE UNITED STATES FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(d) FOR ONE ACCOUNT FOR THE INVESTIGATION OF 18 U.S.C. § 1030(A)(2)(C) AND OTHER OFFENSES | CASE NO. CR 20-90441 MISC/NC <br><br> UNITED STATES' APPLICATION TO UNSEAL 18 U.S.C. § 2703(d) ORDER; [~~PROPOSED~~] ORDER |

    The United States, through undersigned counsel, respectfully moves this Court to unseal the Application and Order pursuant to 18 U.S.C. § 2703(d) in the above-captioned matter. The FBI has completed its investigation, and therefore, it is no longer necessary for the documents to be sealed.

DATED: 12/4/20

                                               Respectfully submitted,

                                               DAVID L. ANDERSON
                                               United States Attorney

                                               *Susan Knight*
                                               _____
                                               SUSAN KNIGHT
                                               Assistant United States Attorney

1 **[~~PROPOSED~~] ORDER**

2   On the motion of the United States, and good cause appearing therefor, the Court HEREBY

3 ORDERS that the Application and Order pursuant to 18 U.S.C. § 2703(d) in the above-captioned matter

4 be unsealed.

5 IT IS SO ORDERED.

6 DATED:   December 7, 2020



7 _____
HONORABLE LEN
United